UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

**APR - 4 2018**

ARTHUR JOHNSTON
BY_____DEPUTY

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 3:18cr 73- CWR-LRA

CHARLES BROWN JR.

18 U.S.C. § 922(g)(1)

**The Grand Jury charges:**

On or about June 25, 2017, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **CHARLES BROWN JR.,** having been convicted previously of a felony, that is, a crime which is punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense.

The grand jury has determined that probable cause exists to believe that the following property is subject to forfeiture as a result of one or more of the offense alleged in this indictment:

> (1) **Rohm, .38 special, bearing serial number 85594; and**
> (2) **One Camouflage Bulletproof Vest; and**
> (3) **Any Ammunition.**

Further, if any of the property described above, as a result of any act or omission of the

defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States, to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described above.

All pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c).

D. MICHAEL HURST, JR.
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 4th day of APRIL, 2018.

UNITED STATES MAGISTRATE JUDGE

2